IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARDY EVANS, III, | No. CIV S-09-3381-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| WARDEN, et al., | |
| Defendants. | |
| _____/ | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action. Pending before the court is plaintiff's document filed on April 12, 2010 (Doc. 10).

        The instant filing, which is hand-written in the margins of a notice from the court dated December 7, 2009, appears to be a request for voluntary dismissal and request that the court vacate it's prior order directing prison officials to collect installment payments in order to satisfy the filing fee. As to the latter request, plaintiff is advised that he is responsible for the entire $350.00 filing fee regardless of whether this action is voluntarily dismissed or proceeds to a disposition on the merits. See 28 U.S.C. § 1915(b)(1).

1    To the extent plaintiff seeks voluntary dismissal of this action, because no
2 response to the complaint has been filed, leave of court is not required and the action is dismissed
3 on plaintiff's April 12, 2010, notice.  <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(I).  The Clerk of the Court
4 is directed to close this file.
5    IT IS SO ORDERED.

7 DATED: April 21, 2010

                _____
                **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE